Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
middle District of Pa.
Civil Division

Emmanuel Howard
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lt. English
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:23 cv 294
*(to be filled in by the Clerk's Office)*

RECEIVED
DEC 0 1 2023
CLERK, U.. ...RICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Emmanuel Howard
All other names by which you have been known:
ID Number: MS 2620
Current Institution: S.C.I., Houtzdale
Address: 209 Institutional Drive
Houtzdale   Pa   16698
City   State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Lt. English
Job or Title (if known): Lieutenant
Shield Number:
Employer: S.C.I. Houtzdale
Address: 209 Institutional Drive
Houtzdale   Pa.   16698
City   State   Zip Code
[✓] Individual capacity   [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City   State   Zip Code
[ ] Individual capacity   [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____
  City        State        Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____
  City        State        Zip Code
  ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  __8th Amendment - Retaliation.__

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Lt. English is a state employee, and acted under color of law.*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N-a*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See attached Page.*

1. On or about April 17, 2021, while housed on the honor unit, Lt. English ordered me to be stripped searched and scanned by the body scanner. As this was occurring, Lt. English, also had officers searching my cell.

2. A week or two later, Lt. English, called me to his office and apologized to me.

3. On or about September 5, 2021, Lt. English came to my job in the school building and asked me to be his informant, setting up staff members who bring drugs in the prison.

4. When I refused, Lt. English, became furious and told me to take a few days to think about it, and also think about my good paying job, and Honor unit housing.

5. On or about December 13, 2021, Lt. English, came to my job and told me my time was almost up, to think about working for him, and if I didn't work for him, he was taking my job, and moving me off the honor unit.

6. On May 5, 2022, I was awaken out my sleep by C.O., bloom. C.O. bloom, told me

that Lt. English, wanted me to take a urine test. I took the urine test and went back to my unit.

7. On May 10, 2022, at approximately 1:00 P.M., I was told to report to Lt. English, office. When I arrived, Lt. English, told me that he didn't send my test out yet, and did I want to change my mind about being his informant, before he sent the test out.

8. I told him my test is clean, and I wasn't being his informant.

9. Lt. English Laughed, and told me to go back to my unit.

10. Lt. English, than started coming to my job harrassing me, eventually taken my job, and moving me off the honor unit. These actions were taken without a misconduct report, but done in retaliation for not being a informant for him.

(11) On 11-16-22 I was at work in laundry. My work Boss, Mr. Butler got a call for me to go to R&D to pick up property. When I got to R&D the workers told me it was a keyboard, I told them that I did not order a keyboard, They said it came in my name and i can get a write up if i refuse it. So I took the keyboard after signing for it. I put it in my cell and went back to work. Well on my way from work the security team was in my cell searching and said that they need to scan the keyboard and that i will get it right back, on 11-17-22 I was call by Security, They ask me how i get the keyboard I said yall gave it to me, They than told me to wait outside their office, 10 minutes later Lt. English put me and handcuffs told me he would get me, Lt. English had me sit in RSU for 14 days, than the hearing Exam, let me out the RSU and dissmiss the charges because i signed for the keyboard on video, Lt. English did this out of retaliation for me not working for him as a informant. Now my New Boss Mr Butler won't let me come to work Because of Lt. English ·    Emmanuel Hermot 2U

DC-804　　　　　　　　　**COMMONWEALTH OF PENNSYLVANIA**　　　　FOR OFFICIAL USE
Part 1　　　　　　　　　　　**DEPARTMENT OF CORRECTIONS**　　　　　　/00 95-24
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Houtzdale | DATE: December 4, 2022 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Emanuel "KU" Howard, MS2620 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: GBP | HOUSING ASSIGNMENT: EB-Block | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 11/11/2022 I was moved from KA-Block to EB-Block, my personal property was confiscated and searched, and my job as a programs building janitor was taken away from me without justification. These actions were taken by Security Lt. English in retaliation for my refusal to re-associate myself with the Blood gang here at SCI Houtzdale and help Lt. English set-up correctional officers and other prisoners bringing drugs into the prison. Earlier this year, Lt. English called me up to the Security Office and asked me to help him in this way, because I was in the past a ranking Blood gang member, but I renounced that life-style back in 2019 to get my life back on track. In 2020, because of my good behavior, I was moved to the Honor Block on K-Block. Lt. English explicitly threatened to do this to me if I didn't didn't ah help him, but I didn't want to put myself in danger or put my chance to be paroled at risk. I feel that this was an unreasonable request by Lt. English, and one that I was under no obligation to agree to. Correctional staff officers have no right or authority to force me to place my own safety or life at risk to help them do their job. I an asking that I be moved back to K-Block and be reinstated at my job as a programs building janitor.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I have spoken with Ms. Vaughn, Mr. Cartwright, Mr. Dunsmore, Mr. Tenfe all of the K-Block staff members, and the desk officers at the programs building, to resolve this matter informally, but they all have told me that they cannot override Lt. English.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____　　　　　　　　　　　　　　　　　12.6.22
Signature of Facility Grievance Coordinator　　　　　　　　　　　　Date

WHITE Facility Grievance Coordinator Copy　　CANARY File Copy　　PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*　　　　　　　　　　**Attachment 1-A**
Issued: 1/26/2016
Effective: 2/16/2016

| DC-141  PART 2(C) | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| Rev. 9/2009  HEARING SUPPLEMENT  INMATE VERSION AND WITNESS STATEMENTS | DEPARTMENT OF CORRECTIONS |

| DC Number | Name | Facility | No. from PART I |
|---|---|---|---|
| MS 2620 | Emmanuel Howard | Houtzdale | D774032 |

**INMATE'S VERSION**

On 11-16-22 I was at work in laundry. My work boss Butler got a call for me to go to R&D to pick up property. I went there thinking my shoes came I ordered. Not instead of shoes they said it's a keyboard. At the time I told both workers I didn't order a keyboard in front of the CO and Sgt, and they said maybe your family ordered it for you. I double check with the workers they said it got your number on it, and it's on your property sheet. The Sgt told me I was cleared to go. So I left, dropped it at my cell and returned to work. After work I went to my block and security was in my cell searching. After the search they took the keyboard to be scanned and they said I would get it back. I told CO Mattis I just received the keyboard that day from R&D.

1. Fact one - They called me up to property and had my name and number on the keyboard

2. Fact two - I ask the workers multiple times were they sure it was for me and they said yes

3. Fact three - My work boss was called for me to come to R&D for property pick up

4. Fact Four - Never lied to anyone about anything

5. Fact Five - CO Mattis stated he seen me on camera at R&D receiving this keyboard so how could it be contraband my name was on it

cc

WHITE – DC-15   YELLOW – Inmate Cited   PINK – Staff Member Reporting Misconduct   GOLDENROD – Deputy Superintendent

DC-ADM 801, Inmate Discipline Procedures Manual
Section 1 – Misconducts/Rule Violations
Issued: May 20, 2015
Effective: July 2, 2015

Attachment 1-E



**Pennsylvania Department of Corrections**
**DC-43 Integrated Correctional Plan**

10/27/2022 04:04:16 PM

Production

| Inmate Name: HOWARD, EMMANUEL | | Inmate Number: MS2620 | | |
|---|---|---|---|---|
| Location: K-A-1015-03 | | Counselor: Horton | | |
| Annual Review Date: 10/2023 | | | | |
| **Program Plan** | Recommended | Recommended By | Refuses to Participate | Unsuitable for Placement |
| Violence Prevention Moderate Intensity | 11/21/2016 | Misiti | No | No |
| **Currently Enrolled In Programs** | | Facilitator | Start Date | End Date |
| **Previously Enrolled In Programs** | | Evaluated By | Completion | Status |
| **General Expectations** | | Recommended | Comment | |
| Maintain positive work reports | | 10/20/2022 | Above average | |
| Misconduct Free Behavior | | 10/20/2022 | None this review | |
| Positive Housing Reports | | 10/20/2022 | Average | |
| Secure Forms of Identification | | 10/14/2021 | SSC secured. | |
| Vocational Education | | 10/14/2021 | NCCER/Custodial Maintenance. | |
| **Optional Programs** | Recommended | Recommended By | Refuses to Participate | Unsuitable for Placement |
| **Currently Enrolled In Optional Programs** | | Facilitator | Start Date | End Date |
| **Previously Enrolled In Optional Programs** | | Evaluated By | Completion | Status |

I understand that completing the Correctional Program Plan may increase, but not guarantee, my chance of paroling on my minimum sentence. I also understand that if I have been sentenced to a recidivism risk reduction incentive sentence, completing my Correctional Program Plan is one of many conditions for receiving a reduction of my minimum sentence.

Counselor's Signature/Date

Inmate's Signature/Date

Page 1 of 1

10/14/2021 01:21:06 PM

# Pennsylvania Department of Corrections
## DC-43 Integrated Correctional Plan

Production

Inmate Name: HOWARD, EMMANUEL  
Inmate Number: MS2620  
Counselor: Dunsmore  
Location: K-A-1010-06  
Annual Review Date: 10/2022

| Program Plan | Recommended | Recommended By | Refuses to Participate | Unsuitable for Placement |
|---|---|---|---|---|
| Violence Prevention Moderate Intensity | 11/21/2016 | Misiti | No | No |

| Currently Enrolled In Programs | Facilitator | Start Date | End Date |
|---|---|---|---|

| Previously Enrolled In Programs | Evaluated By | Completion | Status |
|---|---|---|---|

| General Expectations | Recommended | Comment |
|---|---|---|
| Maintain positive work reports | 10/14/2021 | Average. |
| Misconduct Free Behavior | 10/14/2021 | Last misconduct 2/13/2020. |
| Positive Housing Reports | 10/14/2021 | Average. |
| Secure Forms of Identification | 10/14/2021 | SSC secured. |
| Vocational Education | 10/14/2021 | NCCER/Custodial Maintenance. |

| Optional Programs | Recommended | Recommended By | Refuses to Participate | Unsuitable for Placement |
|---|---|---|---|---|

| Currently Enrolled In Optional Programs | Facilitator | Start Date | End Date |
|---|---|---|---|

| Previously Enrolled In Optional Programs | Evaluated By | Completion | Status |
|---|---|---|---|

I understand that completing the Correctional Program Plan may increase, but not guarantee, my chance of paroling on my minimum sentence. I also understand that if I have been sentenced to a recidivism risk reduction incentive sentence, completing my Correctional Program Plan is one of many conditions for receiving a reduction of my minimum sentence.

_____ 10/19/21  
Counselor's Signature/Date

_____  
Inmate's Signature/Date

Page 1 of 1



**10/15/2020 04:00:40 PM**

## Pennsylvania Department of Corrections
## DC-43 Integrated Correctional Plan

Production

| Inmate Name: HOWARD, EMMANUEL | | | Inmate Number: MS2620 | |
|---|---|---|---|---|
| Location: J-A-1009-02 | | | Counselor: Link | |
| Annual Review Date: 10/2021 | | | | |

| Program Plan | Recommended | Recommended By | Refuses to Participate | Unsuitable for Placement |
|---|---|---|---|---|
| Violence Prevention Moderate Intensity | 11/21/2016 | Misiti | No | No |
| **Currently Enrolled In Programs** | | Facilitator | Start Date | End Date |
| **Previously Enrolled In Programs** | | Evaluated By | Completion | Status |

| General Expectations | | Recommended | Comment |
|---|---|---|---|
| Maintain positive work reports | | 10/15/2020 | Average Report-Custodial Maintenance |
| Mandatory GED | | 10/15/2020 | Received GED |
| Misconduct Free Behavior | | 10/15/2020 | 02/13/2020 Taking Dining Hall Food |
| Positive Housing Reports | | 10/15/2020 | Average Report |

| Optional Programs | Recommended | Recommended By | Refuses to Participate | Unsuitable for Placement |
|---|---|---|---|---|
| **Currently Enrolled In Optional Programs** | | Facilitator | Start Date | End Date |
| **Previously Enrolled In Optional Programs** | | Evaluated By | Completion | Status |

I understand that completing the Correctional Program Plan may increase, but not guarantee, my chance of paroling on my minimum sentence. I also understand that if I have been sentenced to a recidivism risk reduction incentive sentence, completing my Correctional Program Plan is one of many conditions for receiving a reduction of my minimum sentence.

_____
Counselor's Signature/Date

_____
Inmate's Signature/Date

*Anytime us*

*allergies*
*cuddling*

Page 1 of 1

C. What date and approximate time did the events giving rise to your claim(s) occur?

See previous page.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My Job and housing was taken, by Lt. English. I have two affidavits by inmates.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I lost a good paying Job, and emotional stress

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to be given my Job back, and Honor Housing. And $250,000.00

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCI - Houtzdale

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[x] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   SCI - Houtzdale.

2. What did you claim in your grievance?

   Retaliation.

3. What was the result, if any?

   Denied.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I appeal all the way to central office.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   n-a

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   n-a

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   n-a.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

n-a.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N-a.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _n-a._
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number
   _n-a._

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   _n-a._

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition _n-a._

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _n-a._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-10-23

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Emmanuel Howard
Prison Identification #: MS 2620
Prison Address: SCI-Houtzdale, 209 Institution Drive
Houtzdale, P.a. 16698

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          City    State    Zip Code
Telephone Number: _____
E-mail Address: _____