# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMANUEL HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:23-294 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Maureen P. Kelly |
| LT. ENGLISH, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 25th day of March, 2025, upon consideration of the Court's Order of February 21, 2025, wherein the Court adopted the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly dated November 15, 2024, granted the Motion to Dismiss filed by Defendant Lt. English, dismissed Plaintiff Emmanuel Howard's Complaint, without prejudice, granted him leave to file an Amended Complaint by March 24, 2025 and expressly stated that failure to file an Amended Complaint by the deadline will result in dismissal of this action, with prejudice, and it appearing to the Court that Plaintiff has failed to file an Amended Complaint as of the date of this Order, *see Weber v. McGrogan*, 939 F.3d 232, 239-40 (3d Cir. 2019),

IT IS HEREBY ORDERED that Plaintiff's Complaint [10] is DISMISSED, with prejudice; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Maureen P. Kelly
cc:     EMMANUEL HOWARD
       MS2620
       SCI HOUTZDALE
       P.O. Box 1000
       209 Institution Drive
       Houtzdale, PA 16698-1000 (via first class mail)